UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Henry Johnson<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 15-24360<br><br>Chapter: 13<br>Honorable Janet S. Baer |

**Order Sustaining Objection to Proof of Claim
Filed by Indiana Department of Revenue (5-1)**

     This cause coming to be heard on the objection of the Debtor, by and through his attorney, Joseph P. Doyle, due notice being given, and the Court being duly advised of the premises,

IT IS HEREBY ORDERED THAT:

A. The Debtor's objection to Claim 5-1 is sustained.

B. Claim 5-1 is disallowed in its entirety.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: November 12, 2015

**Prepared by:**

Attorney for Debtor
Prepared by Joseph P. Doyle
Law Offices of Joseph P. Doyle
105 S. Roselle Road, Suite 203
Schaumburg, IL 60193
(Ph) 847-985-1100 (Fax) 847-985-1126